

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Arthur Lee Jackson v. The State of Texas

Appellate case number:   01-12-00656-CR

Trial court case number: 1331423

Trial court:             174th District Court of Harris County

Date motion filed:       July 5, 2013

Party filing motion:     Appellant

    It is ordered that the motion for rehearing is **(X) DENIED ( ) GRANTED.**


Judge's signature: /s/ Jane Bland
                 Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale.


Date: July 19, 2013